UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>PRINCE AWULYE,<br><br>                       Defendant. | No. 13-cr-875-01 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

      The Court is in receipt of the attached letter from Defendant Prince Awulye – dated September 10, 2021, but received in chambers on September 20, 2021 – requesting a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). IT IS HEREBY ORDERED that the government shall respond to the Defendant's motion, and address whether he has exhausted his administrative remedies, by November 8, 2021.

SO ORDERED.

Dated: October 25, 2021
New York, New York

                                                          RICHARD J. SULLIVAN
                                                          UNITED STATES CIRCUIT JUDGE
                                                          Sitting by Designation